IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 15-CR-0474-3 |
| | : | |
| RICHARD PERNELL BURTON, JR. | : | |

**O R D E R**

**AND NOW**, this 23rd day of July, 2020, upon review of Defendant's "CARES Act/Compassionate Release Motion" (Docket No. 164), "Emergency Motion to Modify Sentence in Wake of Covid-19 Crisis/Emergency Compassionate Release" (Docket No. 165), "Letter for Emergency Motion" (Docket No. 167), "Letter to Reduce Sentence" (Docket No. 168), "Letter to Reduce Sentence Compassionate Release" (Docket No. 172), "Motion Letter to Reduce Sentence Compassionate Release" (Docket No. 173), and "Motion Letter to Reduce Sentence" (Docket No. 175), it is hereby **ORDERED** Defendant's motions are **DENIED**, as he does not qualify for release from incarceration.

          **BY THE COURT:**

          /s/ Jeffrey L. Schmehl
          JEFFREY L. SCHMEHL, J.