IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| | : | NO. 15-0474-3 |
| v. | : | |
| | : | |
| | : | CIVIL ACTION |
| RICHARD PERNELL BURTON, JR. | : | NO. 19-4397 |

### O R D E R

**AND NOW**, this 17th day of November, 2021, upon consideration of Defendant's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2555, the government's motion to dismiss in response, Defendant's multiple addendums and affidavits relative to his motion vacate, set aside, or correct sentence, it is hereby **ORDERED** as follows:

1. The Motion of United States of America to Dismiss Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Docket No. 167) is **GRANTED**;

2. Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 127), and all related addendums are **DISMISSED**;

3. Defendant's Motion for Appointment of Counsel (Docket No. 212) is **DENIED** as moot, as Defendant's 2255 motion lacks merit; and

4. There are no grounds to issue a certificate of appealability.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
Jeffery L. Schmehl, J.