IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 15-CR-0474-3 |
| | : | |
| RICHARD PERNELL BURTON, JR. | : | |

## O R D E R

**AND NOW**, this 9th day of July, 2024, upon review of the dockets in this matter, as well as all pending motions and responses, it is hereby **ORDERED** as follows:

1. Defendant's *pro se* motions requesting compassionate release and appointment of counsel (ECF Nos. 229 and 230) are **DENIED** as moot, as counsel was appointed for him on June 7, 2022, and subsequently filed a counseled motion for compassionate release;

2. Defendant's *pro se* Motions to Reduce Sentence pursuant to 18 USC § 3582(c)(1)(A)(i) (ECF Nos. 254, 255, 258, 259, 261, 263, 283) are **DENIED**, as Defendant had counsel appointed to represent him at the time of the filing of these motions;

3. Defendant's *pro se* "Motion for Adjustment in Sequence and for Reactivation of Motions Received" (ECF No. 269) is **DENIED** as moot;

4. Defendant's counseled "Supplemental Motion to Reduce Sentence Pursuant to 18 USC § 3582(c)(1)(A)(i)" (ECF No. 234) is **DENIED**; and

5. Defendant's counseled "Second Supplemental Motion to Reduce Sentence Pursuant to 18 USC §3582(c)(1)(A)(i)" (ECF No. 270) is **DENIED**.

**BY THE COURT:**


/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.